AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| LUIS SOSA | Case Number: **6:15MJ0127-001** |
| | Defendant's Attorney: Erin Snider, Appointed |

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s)   4707182 (case #6:15MJ127MJS) and Count 1 (case # 6:16MJ001MJS)   of the Complaint.

[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 § CFR 4.2/CVC 14601.2 (a) | Driving on a suspended license behind a conviction for DUI, and with knowledge of the suspension. | January 5. 2016 | One |
| 36 § CFR 4.2/CVC 14601.2 (a) | Driving on a suspended license behind a conviction for DUI, and with knowledge of the suspension. | December 6, 2015 | 4707182 |

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[✓]  Count (s)   2,3, 4707180 and 4707181   are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.            [✓]  Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

5/3/2016
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

5/5/2016
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **LUIS SOSA**  
CASE NUMBER: **6:15MJ0127-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :  
24 months unsupervised probation.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a fine of $580.00 and a special assessment of $ 20.00 for a total financial obligation of $ 600.00, which shall be paid at the rate of 50.00, per month commencing on 06/01/2016, and each month thereafter by the 1st of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

3. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 30 day, with credit served for 2 days in custody. Defendant is ordered to surrender to the U.S. Marshal on April 28, 2017.  
   unless there is an order stating otherwise.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on March 7, 2017 at 10:00 am before U.S. Magistrate Judge Seng. Defendant is ordered to appear unless a stipulation is filed with the Court to continue the surrender date and Review Hearing date.

5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6. Other: The defendant shall obtain his California drivers license with in the first 11 months of probation.