| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | LUIS SOSA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00127-MJS |
| | Case No. 6:16-mj-00001-MJS |
| Plaintiff, | |
| | **MOTION TO VACATE APRIL 3, 2018** |
| vs. | **REVIEW HEARING; ORDER** |
| LUIS SOSA, | |
| Defendant. | |

Defendant Luis Sosa hereby requests that the Court vacate the April 3, 2018 review hearing. The Government is in agreement with the request.

On May 3, 2016, the Court sentenced Mr. Sosa to 24 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Sosa to pay a $600 fine, to obtain his driver's license, and to serve 30 days in custody, suspended for the first 12 months of probation.

On May 16, 2017, the Court held Mr. Sosa's first review hearing, at which Mr. Sosa provided proof of his driver's license and the Court vacated Mr. Sosa's self-surrender date. The Court set a final review hearing for April 4, 2018.

At this point, Mr. Sosa has paid his fine in full, obtained his driver's license, and has had no new violations of law. Accordingly, Mr. Sosa respectfully requested that this Court vacate

the April 3, 2018 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS<br>
Federal Defender

Date: March 29, 2018   /s/ *Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
LUIS SOSA

## **O R D E R**

Based on the parties' joint representation that Mr. Sosa is in compliance with the conditions of his probation, the Court vacates the April 3, 2018 review hearing in Case No. 6:15-mj-00127-MJS and Case No. 6:16-mj-00001-MJS.

IT IS SO ORDERED.

Dated:   March 30, 2018          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

.